**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERNEST TILLERY,

          Petitioner,

          CIVIL NO. 06-CV-12155
          CRIMINAL NO. 04-CR-80775

-vs-

          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

          R. STEVEN WHALEN

          Respondent.          UNITED STATES MAGISTRATE JUDGE

_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**AND (2) DENYING PETITIONER'S 28 U.S.C. § 2255 MOTION**

      Before the Court is the Magistrate Judge's February 9, 2007 Report and Recommendation denying Petitioner's 28 U.S.C. § 2255 Motion. (Docket No. 37). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

      (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation (Docket No. 37); and

      (2)    **DENIES** Petitioner's § 2255 Motion (Docket No. 33).

**SO ORDERED.**

                                  s/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: March 21, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 21, 2007.

                                                  s/Denise Goodine
                                                  Case Manager